Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VII

| | | |
|---|---|---|
| **ELIZABETH ALVARADO MORALES Y OTROS**<br><br>Apelado<br><br>v.<br><br>**FRANK R. AMSTRONG ANSELMI Y OTROS**<br><br>Apelante | KLAN202400390 | APELACIÓN procedente del Tribunal de Primera Instancia de Aibonito, Sala Superior de **Coamo**<br><br>Caso Número:<br>**CO2028CV00288 (Salón 1)**<br><br>Sobre:<br>**Incumplimiento de contrato** |

Panel integrado por su presidenta, la Juez Domínguez Irizarry, la Juez Grana Martínez y el Juez Pérez Ocasio

Pérez Ocasio, Juez Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 25 de octubre de 2024.

El 18 de abril de 2024, Francisco Armstrong Anselmi recurrió ante esta Curia mediante un recurso de *"Apelación"*, solicitando que revisemos la *"Sentencia"* dictada por el Tribunal de Primera Instancia, Sala Superior de Coamo, el 18 de marzo de 2024. En su dictamen, el Foro Apelado declaró "Con Lugar" una *"Demanda"* por Incumplimiento Contractual y Daños y Perjuicios, incoada por Elizabeth Alvarado Morales, et al., en contra del apelante.

Comenzados los procedimientos de rigor encaminados al perfeccionamiento del recurso de epígrafe, la representación legal del apelante, designada como abogada de oficio el 21 de octubre de 2019, radicó una moción el 24 de mayo de 2024, en la que informó, entre otras cosas, que su cliente se encontraba en un proceso de quiebra bajo el Capítulo 7, 11 U.S.C.A. 701 et seq. El 19 de septiembre de 2024, este Tribunal le solicitó al apelante que

informara el estatus del procedimiento de quiebra. En cumplimiento de orden, el 30 de septiembre de 2024, la representación legal del apelante informó que el 29 de agosto de 2024 el Tribunal de Quiebras emitió una orden de descargo de las obligaciones ("Discharge Order") al amparo de la sección 727 del Capítulo 7 de Quiebras, supra, a favor de Francisco Armstrong Anselmi.

Como es sabido, este tipo de orden es emitida por el Tribunal de Quiebras con jurisdicción, luego de la adjudicación de un proceso de quiebra. 11 U.S.C.A. sec. 524 (a) (2). En estos casos, los deudores se eximen de cumplir con la deuda incurrida, previo a la orden de descargo. *Taggart v. Lorenzen*, 587 US 554, 558 (2019).

Siendo el apelante quien reconoce que este Foro no tiene jurisdicción, se procede a la desestimación del presente recurso.

Lo acordó y manda el Tribunal, y certifica la Secretaria del Tribunal de Apelaciones.


                        Lcda. Lilia M. Oquendo Solís
                      Secretaria del Tribunal de Apelaciones